UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cv-01662-GEB-DAD |
| Plaintiff, | |
| v. | **ORDER** |
| GIDEON VALENTE AGRA, | |
| Defendant. | |

Since Defendant is proceeding *in pro per*, this case is referred to the assigned magistrate judge under Local Rule 302(c)(21), and any date currently scheduled before the undersigned judge is VACATED.

Dated: December 2, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1